WILLIAM S. SUSSMAN, Respondent, v. EMANUEL S. ULLMANN, Appellant.

*Contract — commissions — action to recover commissions for negotiating exchange of real property — alleged breach of contract by plaintiff to subscribe for stock in corporation to be formed to take over property.*

Sussman v. Ullmann, 209 App. Div. 862, affirmed.

(Argued December 11, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 19, 1924, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover commissions alleged to have been earned by plaintiff, a real estate broker, in negotiating an exchange of real property. The answer alleged as a counterclaim that the plaintiff and the defendant agreed that, prior to the signing of the contract of exchange by the appellant, the plaintiff would pay to the defendant $50,000 for a one-fifth interest in the capital stock of a corporation to be organized to acquire the property in exchange and that defendant was to have four-fifths of the stock in said company. The counterclaim further alleged the refusal of the respondent to contribute the said sum of $50,000, and set forth that, solely by reason of such refusal, said exchange was not consummated.

*John Godfrey Saxe* for appellant.

*Frank C. Laughlin* and *Alexander Pfeiffer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST G. J. MEYER, Appellant.

*Crimes — manslaughter in second degree — judgment of conviction affirmed.*

People v. Meyer, 209 App. Div. 908, affirmed.

(Argued December 15, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,